UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Theron Preston Washington,

    Plaintiff,

v.                                                  Case No. 16-cv-960 (JNE/JSM)
                                                      ORDER

Representative Raymond Dehn,

    Defendant.

This matter is before the Court on a Report and Recommendation filed by the Honorable Janie S. Mayeron, United States Magistrate Judge, on May 11, 2016. No objection to the Report and Recommendation has been filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 3].

Therefore, IT IS ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis [Docket No. 2] is DENIED.

2. This action is SUMMARILY DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: May 31, 2016

                                                                       s/Joan N. Ericksen
                                                                       JOAN N. ERICKSEN
                                                                       United States District Judge